WASHINGTON LIGHTING CO. v. DIMMICK et al.

(Supreme Court, Appellate Division, First Department. June 9, 1899.)

CORPORATIONS—ELECTION OF OFFICERS—INJUNCTION

In an action to determine the validity of the election of a president and treasurer of a corporation, the question being not free from doubt, it is not proper to oust these officials by temporary injunction pending the action.

Appeal from special term, New York county.

Suit by the Washington Lighting Company against J. Milton Dimmick and another. There was an order denying a temporary injunction, and plaintiff appeals. Affirmed.

Argued before McLAUGHLIN, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Alfred B. Cruikshank, for appellant.
Samson Lachman, for respondents.

INGRAHAM, J. We think the court below was right in denying this motion upon the ground stated in the opinion of the learned judge who heard the application. It is sought in this action to determine the validity of an election for president and treasurer of the corporation in place of the defendants, who, prior to this alleged election, had filled those offices, which election, it is claimed, removed the defendants from their respective offices. The title to the office of president and treasurer of the corporation being in dispute, it is sought by a temporary injunction to determine that question; and, where the question is not free from doubt, even if the court upon the trial of this action would grant the plaintiff any relief, it would have been improper, upon a motion of this kind, to oust the defendants by a temporary injunction from the offices which they claimed to hold.

The order appealed from was right, and should be affirmed, with $10 costs and disbursements. All concur.